# Third District Court of Appeal

## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1095
Lower Tribunal No. 19-37079
_____

**Sergio Canello, et al.,**
Appellants,

vs.

**Sanyser, LLC, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Marlow, Adler, Abrams, Newman & Lewis and Stephen P. Smith; Fitzpatrick & Hunt, Pagano, Aubert, LLP and John M. Socolow (Stamford, CT), for appellants.

Kluger, Kaplan, Silverman, Katzen & Levine, P.L., and Marko Cerenko and Alan Kluger, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.